### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 24-12343-PMM |
| Robert Amen McKelvy | : Chapter 13 |
| *Debtor* | : |
| | : |
| UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII | : |
| *Movant* | : |
| vs. | : |
| Robert Amen McKelvy | : |
| *Debtor/Respondent* | : |
| and | : |
| Kenneth E. West, Esquire | : |
| *Trustee/Respondent* | : |

### **OBJECTION TO CONFIRMATION OF THE PLAN**

UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Robert Amen McKelvy ("Debtor"), as follows:

1. As of the bankruptcy filing date of July 08, 2024, Movant holds a secured Claim against the Debtor's property located at 1411 E. Cardeza Street, Philadelphia, PA 19150.

2. Movant is in the process of filing a Proof of Claim by the 09/16/2024 bar date, with an estimated secured claim in the amount of $231,078.28, and estimated pre-petition arrears in the amount of $86,593.80.

3. The Plan currently proposes payment to Movant in the amount of $60,136.63 for pre-petition arrears.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

  6. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

  **WHEREFORE**, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

                Respectfully submitted,

Dated: 07/23/2024

               /s/Danielle Boyle-Ebersole
               Danielle Boyle-Ebersole, Esquire
               Attorney I.D. # 81747
               Hladik, Onorato & Federman, LLP
               298 Wissahickon Avenue
               North Wales, PA 19454
               Phone 215-855-9521/Fax 215-855-9121
               dboyle-ebersole@hoflawgroup.com

#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 24-12343-PMM |
| Robert Amen McKelvy | : Chapter 13 |
| *Debtor* | : |
| | : |
| UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII | : : : |
| *Movant* | : |
| vs. | : |
| Robert Amen McKelvy | : |
| *Debtor/Respondent* | : |
| and | : |
| Kenneth E. West, Esquire | : |
| *Trustee/Respondent* | : |

### CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST

I, Danielle Boyle-Ebersole, Esquire, attorney for UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 07/23/2024:

Michael A. Cibik, Esquire
Via Electronic Filing
*Attorney for Debtor*

Kenneth E. West, Esquire
Via Electronic Filing
*Trustee*

Robert Amen McKelvy
1411 E. Cardeza Street
Philadelphia, PA 19150
Via First Class Mail
*Debtor*

Respectfully Submitted,

Date: 07/23/2024

/s/Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com