IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                        :
                                             :     Chapter 13
    ROBERT MCKELVY                           :
                                             :     Case No. 24-12343(PMM)
                                  Debtor.    :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copies of the foregoing City of Philadelphia's Objection to Confirmation of the Plan was served by the means designated below, on the date set forth below, upon the following parties:

<u>Via ECF Filing</u>

Debtor's Counsel:
Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street, Ste 900
Philadelphia, PA 19102

Chapter 13 Trustee:
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

<u>VIA MAIL</u>

Robert Amen McKelvy
1411 E Cardeza Street
Philadelphia, PA 19150

                                        Respectfully submitted,

Date: November 13, 2024                By:    /s/ Pamela Elchert Thurmond
                                                PAMELA ELCHERT THURMOND
                                                Senior Attorney
                                                PA Attorney I.D. 202054
                                                City of Philadelphia Law Department
                                                1401 JFK Blvd., 5th Floor
                                                Philadelphia, PA  19102-1595

215-686-0508 (phone)
215-686-0582 (facsimile)
Email: Pamela.Thurmond@phila.gov