United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert Amen McKelvy  
    Debtor

Case No. 24-12343-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 20, 2024      Form ID: pdf900      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert Amen McKelvy, 1411 E Cardeza St, Philadelphia, PA 19150-3704 |
| 14905220 | + | Credit Acceptance Corporation, c/o William E. Craig, Esquire, Eisenberg, Gold & Agrawal, P.C., 1040 N. Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |
| 14904669 | | M.J. Repo, Attn: Bankruptcy, 1000 E Comly St, Philadelphia, PA 19149-3613 |
| 14904676 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14906852 | + | UMB Bank National Assoc, c/o Danielle Boyle-Ebersole, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 21 2024 00:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2024 00:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Nov 21 2024 00:54:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 21 2024 00:53:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Rd, PO Box 513, Southfield, MI 48037-0513 |
| 14905552 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 21 2024 01:04:23 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14916801 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 21 2024 01:04:58 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14904661 | | Email/Text: ally@ebn.phinsolutions.com | Nov 21 2024 00:53:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14904662 | | Email/Text: megan.harper@phila.gov | Nov 21 2024 00:54:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14940831 | | Email/Text: megan.harper@phila.gov | Nov 21 2024 00:54:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14904663 | | Email/Text: bankruptcy@philapark.org | Nov 21 2024 00:54:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14904664 | + | Email/Text: documentfiling@lciinc.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: pdf900 | Total Noticed: 36 |

| | | | Nov 21 2024 00:53:00 | Comcast, PO Box 1931, Burlingame, CA 94011-1931 |
|---|---|---|---|---|
| 14904665 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 21 2024 00:53:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14904666 | | Email/Text: mrdiscen@discover.com | Nov 21 2024 00:53:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14904670 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2024 00:45:11 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14904667 | | Email/Text: Banko@frontlineas.com | Nov 21 2024 00:54:00 | Frontline Asset Strategies, Attn: Bankruptcy Dept, 2700 Snelling Ave N Ste 250, Roseville, MN 55113-1783 |
| 14904668 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 21 2024 00:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14924783 | | Email/Text: BNCnotices@dcmservices.com | Nov 21 2024 00:53:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14904671 | + | Email/PDF: cbp@omf.com | Nov 21 2024 01:25:36 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14904672 | | Email/Text: fesbank@attorneygeneral.gov | Nov 21 2024 00:53:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14904673 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2024 00:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14904674 | ^ | MEBN | Nov 21 2024 00:28:11 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14904675 | ^ | MEBN | Nov 21 2024 00:28:08 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14904677 | | Email/Text: bankruptcy@philapark.org | Nov 21 2024 00:54:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14904678 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2024 00:53:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14904679 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 21 2024 01:04:47 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14911833 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 21 2024 00:47:12 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14904680 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 21 2024 00:54:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14904681 | | Email/Text: EDBKNotices@ecmc.org | Nov 21 2024 00:53:00 | U.S. Department of Education, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |
| 14904682 | ^ | MEBN | Nov 21 2024 00:28:02 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14909211 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2024 00:53:00 | UMB Bank, National Association, et al., c/o Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14906338 | | Email/Text: EDBKNotices@ecmc.org | Nov 21 2024 00:53:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 31

# BYPASSED RECIPIENTS

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: pdf900 | Total Noticed: 36 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor UMB Bank National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Robert Amen McKelvy help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Chapter 13 |
| Robert Amen McKelvy, | Bankruptcy No. 24-12343-PMM |
| Debtor. | |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:**

**November 19, 2024**

_Patricia M. Mayer_
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**